UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.:  05-141 (MJD/JGL)

UNITED STATES OF AMERICA,

    Plaintiff,

v.   ORDER

PETER HINOJOS MADRID,

    Defendant.

Defendant Madrid has filed a motion to continue the trial date in this case due to plea negotiations.  Therefore, the Court will grant waiver of speedy trial.

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED**, that:

1. Defendant Madrid's waiver of speedy trial [docket # 24] is **GRANTED**;

2. The time between July 26, 2005, and October 13, 2005, shall be excluded in computing the time within which the trial in this matter must commence under the Speedy Trial Act pursuant to Title 18, United States Code, Section 3161(h)(8)(A).  The ends of justice will be served by continuing the trial date.  This finding is based upon the Court's conclusion that the failure to grant such a continuance would unreasonably deny the parties a right to a fair and just hearing.

Dated: August 19, 2005

                            s/ Michael J. Davis
                            MICHAEL J. DAVIS
                            United States District Court Judge